1  BENJAMIN B. WAGNER
   United States Attorney
2  ANGELA L. SCOTT
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 5:15-mj- 00053-JLT

12                 Plaintiff,               REQUEST TO UNSEAL COMPLAINT AND
                                            AFFIDAVIT
13           v.

14  MANUELA GUADALUPE LIZARRAGA-
    HERNANDEZ,
15
                   Defendant.
16

17                          **REQUEST TO UNSEAL**

18       The complaint in the above-captioned matter was executed on 11/2/2015.  A federal grand jury

19  indictment for MANUELA GUADALUPE LIZARRAGA HERNANDEZ was obtained on 11/12/2015.

20  As a result, there is no need for the complaint and supporting affidavit to remain under seal.

21  Accordingly, the United States asks that the Court order that the complaint, supporting affidavit, and

22  related case filings be unsealed.

23  Dated:  November 13, 2015              BENJAMIN B. WAGNER
                                           United States Attorney
24

25                                   By:    /s/ ANGELA L. SCOTT
                                           ANGELA L. SCOTT
26                                         Assistant United States Attorney

27

28

REQUEST TO UNSEAL SEARCH WARRANTS

BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:15-mj- 00053-JLT |
| Plaintiff, | REQUEST TO UNSEAL COMPLAINT AND AFFIDAVIT |
| v. | |
| MANUELA GUADALUPE LIZARRAGA-HERNANDEZ, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated:  **November 13, 2015**

_____
UNITED STATES MAGISTRATE JUDGE