1  BENJAMIN B. WAGNER
   United States Attorney
2  ANGELA L. SCOTT
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT
9                             EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00321-LJO-SKO |
|---|---|
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | MANUELA GUADALUPE LIZARRAGA-HERNANDEZ, | CURRENT DATE: December 21, 2015 CURRENT TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |
15 | Defendant. | |
16 |  | PROPOSED DATE: February 29, 2016 PROPOSED TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |

                                  **STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and defendant Manuela Guadalupe Lizarraga-Hernandez, by and through defendant's counsel of record, Andras Farkas, hereby stipulate as follows:

    1.      Defendant Manuela Guadalupe Lizarraga-Hernandez was indicted on November 12, 2015, and made her initial appearance on that indictment in the Eastern District of California on December 2, 2015.

    2.      At her December 2, 2015 arraignment, this matter was set for status on December 21, 2015 at 1:00 p.m.  Time was <u>not</u> excluded.

3. By this stipulation, defendant now moves to continue the status conference until February 29, 2016, at 1:00 p.m. and to exclude time between December 21, 2015, and February 29, 2016, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes hundreds of pages of reports and pleadings, hundreds of photographs, and numerous videos. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 21, 2015 to February 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 16, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated:  December 16, 2015

/s/ per email authorization
ANDRAS FARKAS
Counsel for Defendant
MANUELA GUADALUPE
LIZARRAGA-HERNANDEZ

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for December 21, 2015, is hereby vacated and continued to February 29, 2016, at 1:00 p.m.  It is further ORDERED that the time period between December 21, 2015, and February 29, 2016, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **December 17, 2015**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE