BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00321-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MANUELA GUADALUPE LIZARRAGA-HERNANDEZ, | CURRENT DATE: February 29, 2016<br>CURRENT TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendant. | PROPOSED DATE: April 4, 2016<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Manuela Guadalupe Lizarraga-Hernandez, by and through defendant's counsel of record, Megan Hopkins, hereby stipulate as follows:

1. Defendant Manuela Guadalupe Lizarraga-Hernandez was indicted on November 12, 2015, and made her initial appearance on that indictment in the Eastern District of California on December 2, 2015.

2. On December 18, 2015, pursuant to stipulation, the original status conference was

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

continued to February 29, 2016, at 1:00 p.m. and time was excluded.

3. Deputy Federal Public Defender Megan Hopkins was designated as counsel on February 3, 2016.

4. By this stipulation, defendant now moves to continue the status conference until April 4, 2016, at 1:00 p.m. and to exclude time between February 29, 2016, and April 4, 2016, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

5. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes hundreds of pages of reports and pleadings, hundreds of photographs, and numerous videos. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with her client.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 29, 2016 to April 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 25, 2016                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ ANGELA L. SCOTT
                                             ANGELA L. SCOTT
                                             Assistant United States Attorney

Dated:  February 25, 2016                    /s/ per email authorization
                                             MEGAN HOPKINS
                                             Counsel for Defendant
                                             MANUELA GUADALUPE
                                             LIZARRAGA-HERNANDEZ

**FINDINGS AND ORDER**

The parties' request for a continuance of the status conference is DENIED as untimely. Pursuant to the Eastern District of California (Fresno Division) Criminal Case Management Plan, "[a]ll stipulated continuances **must be filed through ECF by Thursday at noon prior to the Monday hearing.**" The Court will consider an exception to the timeliness of the request *only* in the event that an articulated circumstance occurred to prevent the parties from complying with the deadline.

The parties' request was not received until Friday, February 26, 2016, and it does not set forth the circumstance that prevented the parties from complying with the deadline.

IT IS SO ORDERED.

Dated:  **February 26, 2016**                **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE