BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUELA GUADALUPE LIZARRAGA-HERNANDEZ,<br><br>Defendant. | CASE NO. 1:15-CR-00321-LJO-SKO<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: May 2, 2016<br>CURRENT TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto<br><br>PROPOSED DATE: July 18, 2016<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Manuela Guadalupe Lizarraga-Hernandez, by and through defendant's counsel of record, Megan Hopkins, hereby stipulate as follows:

1. Defendant Manuela Guadalupe Lizarraga-Hernandez was indicted on November 12, 2015, and made her initial appearance on that indictment in the Eastern District of California on December 2, 2015.

2. On December 18, 2015, pursuant to stipulation, the original status conference was

1  continued to February 29, 2016, at 1:00 p.m. and time was excluded.

2      3.    Deputy Federal Public Defender Megan Hopkins was designated as counsel on February
3  3, 2016.

4      4.    A status conference in this matter was held on February 29, 2016, at which time a further
5  status conference was set for May 2, 2016 at 1:00 p.m.  Time was excluded from February 29, 2016 to
6  May 2, 2016.

7      5.    By this stipulation, defendant now moves to continue the status conference until July 18,
8  2016, at 1:00 p.m. and to exclude time between May 2, 2016, and July 18, 2016, inclusive, under the
9  Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

10      6.    The parties agree and stipulate, and request that the Court find the following:

11      a)    The government has represented that the discovery associated with this case
12  includes hundreds of pages of reports and pleadings, hundreds of photographs, and numerous
13  videos.  This discovery has been either produced directly to counsel and/or made available for
14  inspection and copying.

15      b)    Counsel for defendant desires additional time to review the current charges, to
16  review the discovery, to conduct research and investigation related to the charges and potential
17  pretrial motions, and to consult with her client.

18      c)    Counsel for defendant believes that failure to grant the above-requested
19  continuance would deny her the reasonable time necessary for effective preparation, taking into
20  account the exercise of due diligence.

21      d)    The government does not object to the continuance.

22      e)    The requested continuance is not based on congestion of the Court's calendar,
23  lack of diligent preparation on the part of the attorney for the government or the defense, or
24  failure on the part of the attorney for the Government to obtain available witnesses.

25      f)    Based on the above-stated findings, the ends of justice served by continuing the
26  case as requested outweigh the interest of the public and the defendant in a trial within the
27  original date prescribed by the Speedy Trial Act.

28      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the time period of May 2, 2016 to July 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 27, 2016                                    BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ ANGELA L. SCOTT
                                                          ANGELA L. SCOTT
                                                          Assistant United States Attorney


Dated:  April 27, 2016                                    /s/ MEGAN HOPKINS per
                                                          email authorization
                                                          MEGAN HOPKINS
                                                          Counsel for Defendant
                                                          MANUELA GUADALUPE
                                                          LIZARRAGA-HERNANDEZ


### FINDINGS AND ORDER

The parties' stipulated request for a continuance of the status conference date to July 18, 2016, at 1:00 p.m., is GRANTED to allow additional time for defense investigation and preparation, and to allow the parties additional time to achieve a mutually agreeable resolution of this matter.  Should the parties resolve the case, they shall request that the matter be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill.

STIPULATION REGARDING EXCLUDABLE TIME                     3
PERIODS UNDER SPEEDY TRIAL ACT

1  The court notes that this case will have been pending for more than seven months by the date of the next status conference. If the parties are unable to resolve the matter by that date, they shall be prepared to select a mutually agreeable trial date at the next status conference.

It is ORDERED that the time period between May 2, 2016, and July 18, 2016, is excluded from the calculation under the Speedy Trial Act, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **April 28, 2016**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE