IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:15-CR-00321-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MANUELA GUADALUPE LIZARRAGA-HERNANDEZ | |
| Defendant. | |

The above named defendant having been sentenced on October 11, 2016, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **October 11, 2016**              /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE